IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Felcor Lodging Limited Partnership and FelCor/JPM Hospitality (SPE), LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No: 4:09-cv-2843-TLW-TER |
| Kingston Concierge, LLC, Michael Lavigna, Babaloos, Inc., d/b/a EXIT Grand Strand Properties, CASE Solutions, LLC, and MK Lavigna, Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

On February 1, 2010, defendant Babaloos, Inc. d/b/a EXIT Grand Strand Properties (EXIT) filed a motion to dismiss the complaint in this action. (Doc. #31). On the same day, defendant CASE Solutions, LLC filed a motion to dismiss the complaint. (Doc. #32).

On March 18, 2010, the plaintiff filed a motion to amend the complaint in this action. (Doc. #40). Within the motion, the plaintiff noted that it was dropping its claims against defendant CASE Solutions, LLC. (Doc. #40). On May 18, 2010, United States Magistrate Judge Thomas E. Rogers, III issued an Order granting the plaintiff's motion to amend. (Doc. #54). An amended complaint was filed on May 18, 2010. (Doc. #54).

In light of the dismissal of defendant CASE Solutions, LLC, the motion to dismiss filed by this defendant is hereby dismissed as **MOOT**. (Doc. #32). In light of the filing of the amended complaint, the motion to dismiss the complaint filed by defendant EXIT is hereby dismissed as **MOOT**. (Doc. #31).

**IT IS SO ORDERED**.

                                                                                 s/Terry L. Wooten
                                                          United States District Judge

June 2 , 2010
Florence, South Carolina